UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-03045-SSS-ACCVx | Date | March 24, 2026 |
|---|---|---|---|
| Title | *Treasure Ortiz v. City of San Bernardino et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [DKT. NO. 21]**

On February 4, 2026, Defendant City of San Bernardino filed a motion to dismiss Plaintiff Treasure Ortiz's Complaint.  [Dkt. No. 21, "Motion"].  On February 25, 2026, within 21 days later, Plaintiff filed a First Amended Complaint.  [Dkt. No. 29, "FAC"].  Because the FAC is now the operative complaint, *see Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012), the Motion is **DENIED AS MOOT**.  [Dkt. No. 21].

**IT IS SO ORDERED.**